No. 1076. NEW YORK CENTRAL RAILROAD COMPANY *v.* FLORENCE M. CUDDEBACK, AS ADMINISTRATRIX, ETC. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Daniel M. Beach* for petitioner. *Mr. Arthur E. Sutherland* for respondent.

No. 1077. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY OF TEXAS *v.* JOHN HOSEY. June 4, 1923. Petition for a writ of certiorari to the Court of Civil Appeals for the Sixth Supreme Judicial District of the State of Texas denied. *Mr. J. Q. Mahaffey* for petitioner. *Mr. S. P. Jones* for respondent.

No. 1045. T. R. BENNETT, SUPERINTENDENT OF BANKS FOR THE STATE OF GEORGIA, *v.* JOHN E. SCHWARZ ET AL. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Georgia denied for lack of a final decree. *Mr. George M. Napier* and *Mr. Paul E. Seabrook* for petitioner. *Mr. H. Wiley Johnson* for respondents.

No. 1060. WILLIS A. MURRAY *v.* UNITED STATES. June 4, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied, and motion for leave to proceed in forma pauperis in this case granted as to costs incurred. *Mr. George S. Shinn* and *Mr. Harry S. Barger* for petitioner. No brief filed for the United States.

No. 409. UNION STOCK YARDS COMPANY OF OMAHA, LTD. *v.* MAYHALL & NEIBLE, A COPARTNERSHIP, ET AL. Error to the Supreme Court of the State of Nebraska. Motion submitted June 4, 1923. Decided June 11, 1923. Motion to reinstate petition for a writ of certiorari herein denied. *Mr. Norris Brown* and *Mr. Irving F. Baxter* for